IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

GERALD KAISER SANTIAGO,

    Petitioner,

vs.

CIVIL ACTION NO.: CV206-027

UNITED STATES OF AMERICA,

    Respondent.

### ORDER

Petitioner filed a "Timely Notice of Preservation of Blakely/Booker Claim Pursuant a Writ of Habeas Corpus" on January 20, 2006. Petitioner has neither paid the $5.00 filing fee nor submitted a motion and affidavit to proceed in forma pauperis. Petitioner shall have until March 7, 2006, to either pay the required filing fee or submit the appropriate motion and affidavit to proceed in forma pauperis. If Petitioner fails to comply with this Order, this case will be dismissed, without prejudice.

**SO ORDERED**, this 15th day of February, 2006.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)